# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Karl Joshua,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Ronald Oliver, et al.,<br><br>　　　　　　Defendants. | 2:23-cv-01087-MMD-MDC<br><br>**ORDER SETTING HEARING** |

**IT IS ORDERED that**, pursuant to the District Judge's 01/27/25 Minute Order (ECF No. 64), the parties shall appear on **March 7, 2025, at 2:30pm** for a virtual hearing to address defendants' merits-based arguments as raised in their opposition to Plaintiff's motion to amend (ECF No. 48 at 6-12).

**IT IS FURTHER ORDERED that** the Attorney General's Office shall make the necessary arrangements for plaintiff to appear by video conference and shall email Court_MDC@nvd.uscourts.gov at least one week before the hearing **and** provide the video conference information for plaintiff. The Court will then email all participants, other than plaintiff, a Zoom link.

**IT IS FURTHER ORDERED that** the parties, other than plaintiff, must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, **March 5, 2025**.

DATED this 3rd day of February 2025.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.